

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MONTANA GUERRA, CDCR #C-23500,<br><br>Plaintiff,<br><br>vs.<br><br>G.J. JANDA; P. NAVA; N. DURAN; D. ANAYA; A. MILLER; J. CRIMAN; M. McNAIR; M. McSHAN; L. MOSCHETTI; J. BUILTMAN; R. DOMINGUEZ,<br><br>Defendants. | CASE NO. 12-CV-2313-BEN (WVG)<br><br>**ORDER**<br><br>**(1) DIRECTING ENTRY OF DEFAULT**<br><br>**(2) ORDERING SUBMISSION OF ADDITIONAL BRIEFING**<br><br>[Docket No. 39] |

Before this Court is Plaintiff Danny Montana Guerra's Motion for Entry of Default and Default Judgment. (Docket No. 39). Plaintiff's Motion states that a hearing is set before U.S. Magistrate Judge Gallo on February 13, 2014. No hearing has been set, and no hearing will proceed before Judge Gallo on that day.

The clerk is required to enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, if that failure is shown by affidavit or otherwise. FED. R. CIV. P. 55(a). In support of his Motion, Plaintiff has filed a declaration stating that Defendant N. Duran was served with the First Amended Complaint on October 7, 2013, and has attached a copy of United States Marshals Form 285, which certifies that Defendant Duran was served on

that date. (Decl. ¶ 2; Ex. to Decl.) Plaintiff declares that he has not been served with a waiver of service or been contacted by an attorney for Defendant Duran. (Decl. ¶ 4). He declares that Defendant Duran has not filed an answer or other responsive briefing. (*Id.*) Review of this Court's docket confirms that Defendant Duran has not filed a Rule 12 response. The Clerk of the Court is therefore directed to enter default against Defendant Duran pursuant to Rule 55.

Plaintiff also requests entry of default judgement against Defendant Duran. In his motion, Plaintiff reiterated the demands for relief stated in his First Amended Complaint. It is not clear to this Court which forms of relief Plaintiff seeks from Defendant Duran in his personal capacity. Plaintiff is therefore **ORDERED** to file additional briefing with this Court, no later than **February 10, 2014**, stating what relief he seeks from Defendant Duran and why such relief is appropriate.

Upon receipt of additional briefing, this Court will determine whether it is appropriate to determine default judgment at this time. As this is a multi-defendant case and default has only been entered against one defendant, it may be appropriate for this Court to withhold entering a judgment until the action is resolved on the merits. *See, e.g., Animal Science Products, Inc. v. China Nat. Metals & Minerals Import & Export Corp.*, 596 F. Supp. 2d 842, 848-49 (D. N.J. 2008). After receiving Plaintiff's additional briefing, this Court will inform the parties of how this Court will proceed.

**IT IS SO ORDERED**.

Dated: January 23, 2014

HON. ROGER T. BENITEZ
United States District Judge